IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUENTIN MCCLELLAN,<br><br>    Plaintiff,<br><br>v.<br><br>REDNER'S MARKETS, INC., JIM POLCHIN, BOB MCDONOUGH, and RICK MERKEL,<br><br>    Defendants. | No. 3:18-CV-02162<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 10th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED IN PART AND DENIED IN PART**.

    a. Summary judgment is GRANTED as to Counts 1, 2, 5, 6, 9, 10, and 11. The Clerk of Court shall defer entry of summary judgment on these Counts until conclusion of this case.

    b. Summary judgment is DENIED as to Counts 3, 4, 7, and 8.

2. Defendants Polchin and Merkel are DISMISSED from the action.

3. A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge