# BarronLaw

George Barron
Attorney and Counselor at Law
88 North Franklin Street
Wilkes Barre, PA  18701

Telephone: 570.824.3088
Fax: 570.825.6675
Email: grb@georgebarronlaw.com
Web: www.georgebarronlaw.com

February 07, 2022

Chief Judge Matthew W. Brann
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18501

    RE:    McClellan v. Redner's Market, Inc.
              No: 3:18-cv-02162-MWB

    VIA: ECF

Your Honor:

    As you know I represent Mr. McClellan, the plaintiff in the above referenced matter. I am pleased to report that the parties have successfully negotiated the settlement of this case.

    Please issue an Order dismissing the case, and permitting reinstatement in the event that the parties are unable to consummate settlement within sixty (60) days.

    Please contact me with any questions or concerns. Thank you.

Sincerely,

s/ George Barron
George Barron, Esq.
Counsel for Plaintiff
88 N. Franklin St.
Wilkes-Barre, PA 18701
(P) 570-824-3088

GRB/ska

cc:    Randall C. Schauer, Esq.
       rschauer@foxrothschild.com

       Christopher C. Popper, Esq.
       cpopper@foxrothschild.com

       Counsel for Defendant VIA: ECF